IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NOEL ARNOLD,

    Petitioner,

v.   Case No. 4:25-cv-319-AW-MAL

DIRECTOR DARLENE TYLER, et al.,

    Respondents.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's report and recommendation (ECF No. 5), to which there has been no objection. I have determined the report and recommendation should be adopted, and I now adopt it and incorporate it into this order.

The clerk will enter a judgment that says, "The § 2241 petition is dismissed." The clerk will then close the file.

SO ORDERED on September 12, 2025.

                                s/ *Allen Winsor*
                                Chief United States District Judge